UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

AMERICAN GIFT CORPORATION,
a Florida corporation

      Plaintiff,

v.

LRI HOLDINGS COMPANY, LLC
a Missouri Limited Liability Company

      Defendant.
_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, American Gift Corporation (hereinafter "American Gift") by and through undersigned counsel, hereby sues Defendant, LRI HOLDINGS COMPANY, LLC (hereinafter "LRI" or "Defendant") and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for copyright infringement arising under the Act of 1976, 17 U.S.C. §§ 101 *et seq*. This Court has exclusive original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

2. Defendants are subject to the personal jurisdiction of this Court under §48.193(1)(b) because they committed the tortious conduct alleged herein in the State of Florida, namely the infringement of Plaintiff American Gift's copyright. Defendants are also subject to personal jurisdiction in Florida under § 48.193(2), Fla. Stat. because Defendants engage in substantial and not isolated business activity in the State of Florida.

3. Venue is proper in the Southern District of Florida pursuant to 28 USC § 1391(b) because a substantial part of the events giving rise to the claims occurred in this judicial district and because Defendants can be found in this District because this Court may maintain personal jurisdiction over the Defendants in this District.

## THE PARTIES

4. Plaintiff American Gift is a corporation duly organized and existing under the laws of Florida and has offices and a place of business at 6600 Northwest 74th Avenue, Miami, Florida, 33166.

5. Upon information and belief, Defendant LRI is a limited liability company duly organized and existing under the laws of the State of Missouri. Upon information and belief, Defendant LRI is registered as a foreign limited liability company in the state of Nebraska, where Defendant LRI operates under the registered trade name Lynn Roberts International.

## FACTS AND ALLEGATIONS COMMON TO ALL COUNTS

6. Since as early as 1925, American Gift has been one of the sources for souvenir and giftware products in the United States.

7. American Gift offers nearly ten-thousand (10,000) uniquely designed items to its retail customers located throughout the United States, Latin America, and the Caribbean.

8. American Gift's buyers and designers create the latest and most innovative gifts and souvenir products which are subsequently distributed to and sold by the world's premier resort area retailers.

9. In or about 2006, American Gift created a series of original tabletop picture frame designs known as "Patina Frames," which feature distinctive tropical and beach themes surrounding the consumer-provided photograph.

10. Each frame in the Patina Frames series is an original work of authorship created solely by American Gift and is copyrightable subject matter under the Copyright Law of the United States, 17 U.S.C. §101 *et seq*.

11. American Gift has taken all steps necessary to protect its copyright in the Patina Frames, including filing an application for copyright registration with the Register of Copyrights of the United States. The Certificate of Registration ("Copyright Registration") was issued by the Register of Copyrights on August 29, 2006. The Patina Frames were assigned a registration number of VAu714-909. A true and correct copy of the Copyright Registration is attached hereto as Exhibit A and incorporated herein by reference.

12. American Gift is currently, and at all relevant times has been, the sole owner of all right, title and interest in and to the copyright of the Patina Frames. American Gift has produced and distributed the Patina Frames in strict conformity with the provisions of the Copyright Law of the United States, 17 U.S.C. §101 *et seq* and all other laws governing copyright.

13. LRI copied the Patina Frames and has been promoting, distributing, offering for sale and selling illegal and unauthorized copies of the Patina Frames. LRI offers the unauthorized frames for sale on its website http://www.golynnroberts.com/, printouts of which are attached hereto as composite Exhibit B and incorporated herein by reference.

14. LRI sells and has sold illegal and unauthorized copies of the Patina Frames throughout the United States and in this District. Attached as Exhibit C and incorporated herein by reference is a copy of an LRI invoice establishing sales of the infringing frames in this District.

15. Upon information and belief, LRI has copied the Patina Frames in an effort to make its infringing products confusingly similar to those of American Gift. Attached hereto as Exhibit D is copy of side by side photographs depicting each American Gift Patina Frame next to the unauthorized copy of this frame sold and distributed by LRI.

16. LRI is attempting to pass its products off as those of American Gift in a manner calculated to deceive American Gift's customers as well as members of the general public.

17. As a result of LRI's wrongful actions, American Gift has lost and will continue to lose substantial revenues.

18. Unless enjoined by the this Court, LRI intends to continue its course of conduct and will wrongfully use, infringe upon and otherwise profit from American Gift's Patina Frames and any works derived from the Patina Frames.

19. As a direct result of the acts of LRI alleged above, American Gift has suffered irreparable damages and has sustained lost profits. American Gift will continue to suffer irreparable damage and sustain a loss in profits until LRI's actions alleged above are enjoined by this Court.

## COUNT I – COPYRIGHT INFRINGEMENT

American Gift incorporates the allegations set forth in Paragraphs 1-19 of the complaint in and for the following paragraphs.

20. American Gift owns all right, title and interest in and to the Patina Frames, including all copyrights in the Patina Frames.

21. Defendant, LRI had access to American Gift's Patina Frames and the Patina Frames art work.

22. Defendant LRI has directly infringed American Gift's copyrights in the Patina Frames by reproducing, distributing, offering for sale and selling the Patina Frames without authorization.

23. Defendant LRI is reproducing, distributing, offering for sale and selling frames that are direct copies of or are confusingly similar to American Gift's copyrighted Patina Frames without American Gift's authorization.

24. Defendant LRI's acts are intentional and willful.

25. American Gift has sustained, continues to sustain and will sustain in the future damages as a result of this copyright infringement.

WHEREFORE, American Gift demands relief and judgment against Defendant LRI as follows:

a. An injunction permanently enjoining and restraining Defendant LRI, its officers, agents, employees, and all other persons in active concert or participation with Defendant, from further infringement of American Gift's copyrights in the Patina Frames in any manner or from inducing others to infringe such copyrights, or from contributing to such infringement;

b. That Defendant, its officers, agents, employees, and all other persons in active concert or participation with Defendant, be required to return to American Gift all originals, copies and reproductions of American Gift's Patina Frames, any unauthorized reproductions thereof and the materials used to create or promote such infringing products, including but not limited to all molds and marketing materials;

c. An award of damages for Defendant's willful infringement of American Gift's Copyright;

    d.    An accounting for all gains, profits, and advantages derived by Defendant's willful infringement of American Gift's Copyright;

    e.    An award of statutory damages for Defendant's willful acts of infringement;

    f.    An award of the costs of this action and attorneys' fees; and

    g.    Such other further relief as this Court deems just and equitable.

Date: February 22, 2011

Respectfully submitted,

**HIGHER LICHTER & GIVNER, LLP**

By: _____

**Mark E. Stein**
Florida Bar No. 818666
**Randon E. Loeb**
Florida Bar No. 23769
18305 Biscayne Boulevard
Suite 302
Aventura, Florida 33160
(305) 933-9970 telephone
(305) 933-0998 telecopier
e-mail: mstein@hlglawyers.com
e-mail: rloeb@hlglawyers.com